UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> BOYNE USA, INC., ) <br> Defendant. ) <br> ) | No. 1:19-cv-304 <br><br> Hon. Paul L. Maloney |

## JUDGMENT

In accordance with the Opinion and Order entered on this date, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  April 23, 2019            /s/ Paul L. Maloney
                        Paul L. Maloney
                        United States District Judge